**Opinion issued August 8, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00377-CV

———————————

### GEORGE MYER COMPANY INC., Appellant

### V.

### MOUNTAIN TOP AND COAST PROPERTIES, LLC AND KAH K. TAN D/B/A KELLER WILLIAMS REALTY SOUTHWEST, Appellees

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-23751**

---

## MEMORANDUM OPINION

Appellant George Myer Company, Inc. filed an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.